**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In Re:  
MAUREENE WHITE  
3555 CARTER HILL RD APT 104G  
MONTGOMERY, AL 36111

Case No.17-32925-CLH  
Chapter 13

Debtor

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

    WAL MART  
    ATTN PAYROLL  
    P O BOX 82  
    BENTONVILLE, AR  72712-0082

The above employer is authorized to pay all future wages to the debtor.

Done this Wednesday, March 16, 2022.

*/s/ Christopher L. Hawkins*  
Christopher L. Hawkins  
United States Bankruptcy Judge

cc:  Maureene White